```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSELIO ROSARIO SANCHEZ,

                          20-CV-10584 (JPO) (RWL)

              Plaintiff,

       - against -                     **ORDER**

EL CLUB VALLE RESTAURANT CORP.,
et al.,

              Defendants.
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Answers were due by January 21, 2021. (Dkts. 14-18.) Defendants have not answered or otherwise appeared. Plaintiffs are instructed to file for default judgment or otherwise update the Court on the status of this case.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
         February 22, 2021

Copies transmitted this date to all counsel of record.