USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROSELIO ROSARIO SANCHEZ,

                Plaintiff,

      - against -

EL CLUB VALLE RESTAURANT CORP.,
et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-10584 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case was commenced on October 14, 2020. Defendants have not answered or otherwise appeared. By May 12, 2021, Plaintiff shall file for default judgment or otherwise update the Court on the status of this case.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2021
        New York, New York

Copies transmitted this date to all counsel of record.

1