# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

Honorable Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

Re: Rosario Sanchez v. El Club Valle Restaurant Corp., 20-cv-10584 (JMF)

Your Honor,

Plaintiff writes this Court respectfully requesting leave to file a default motion on or before June 30th, 2021.

The undersigned had been in on-going discussions by phone with an agent for the Defendants and the parties moved frustratingly close to a final number. If we told you how close, the Court would schedule a settlement conference immediately to turn the final screws.

Sadly, the Defendants went radio silent and last mentioned hiring an attorney before declining to negotiate further. I would respectfully request until June 30th, 2021 to make a default motion. I will try to message the Defendants in the meantime to see if we can bridge the gap including sending over a certificate of default.

If they do not respond or appear, then I would advise my client that we have to follow through with a default motion to be submitted on June 30th, 2021 or such other date this Court deems just and proper.

SO ORDERED:
5/12/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*