# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
Suite 301-A　　　　　　　　　　　　　　　　　　　　　　　　　cmulhollandesq@gmail.com
Astoria, NY 11103

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021
```

Honorable Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

       Re: Rosario Sanchez v. El Club Valle Restaurant Corp., 20-cv-10584
       (JMF)

Your Honor,

  The undersigned has fully executed and countersigned copies of a settlement agreement. However, the Plaintiff would respectfully request four more days to prepare a formal *Cheeks* submission to this Monday July 5th, 2021.

  The undersigned is moving this week and would greatly appreciate a few more days to finalize the submission.

                */s/Colin Mulholland, Esq.*
                Colin Mulholland, Esq.
                30-97 Steinway, Ste. 301-A
                Astoria, New York 11103
                Telephone: (347) 687-2019
                *Attorney for Plaintiff*

SO ORDERED:
6/30/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE