UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSELIO ROSARIO SANCHEZ,

                    Plaintiff,

-v-

EL CLUB VALLE RESTAURANT CORP., *et al.*,

                    Defendants.

20-CV-10584 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 39.) The proposed settlement involves $8,004 to be allocated to Plaintiff Roselio Rosario Sanchez in connection with her FLSA claims. (Dkt. No. 39 at 2.) One-third of the total settlement sum, $3,996, will be collected in attorney's fees and costs. (Dkt. No. 39 at 3.)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 39 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: July 6, 2021
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge